243 So.2d 533

**STATE of Louisiana ex rel.
Anthony MOTLEY**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 51172.**

Supreme Court of Louisiana.

Feb. 10, 1971.

The showing made does not warrant the relief sought.

DIXON, J., concurs, and is of the opinion that the right should be reserved to applicant to have reviewed by appropriate proceedings any refusal of probation or parole because of an application of State of Louisiana v. Glantz, 254 La. 306, 223 So.2d 813, to the crime of attempted armed robbery.